# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AURELIANO TORRES, on behalf of himself and other similarly situated persons, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 12 C 9723 |
| v. | ) ) | Judge Shah |
| NATION ONE LANDSCAPING, INC., | ) ) | |
| Defendant. | ) | |

### DECLARATION OF AURELIANO TORRES

I, Aureliano Torres, under penalty of perjury, state based on personal knowledge that the following facts are true and correct:

1. I am over the age of 21 years.

2. I currently reside in Chicago, Illinois.

3. I am the Plaintiff in the above-captioned matter.

4. I was formerly employed by the Nation One Landscaping, Inc. ("Nation One") and Brian Emmick ("Emmick") (collectively "Defendants") as a landscaper.

5. I was employed by Defendants from approximately March 2011 to approximately November 2011.

6. I was hired by Brian Emmick.

7. My schedule was set by Brian Emmick.

8. I was supervised by Brian Emmick.

9. My rate of pay was set by Brian Emmick.

10. Brian Emmick handed me my pay.

11. Brian Emmick handled the day to day operations of Nation One.

12. My daily schedule varied.

13. During my employment, I typically worked Monday through Friday from approximately 6:40 a.m. to approximately 5:15 p.m. during the months of March, October and November.

14. During my employment, I typically worked Monday through Friday from approximately 6:40 a.m. to approximately 6:30 p.m. during the months April through September.

15. During my employment, I typically worked two Saturdays per month during the months of April through September from approximately 6:40 a.m. to 4:00 p.m.

16. I customarily worked in excess of forty hours in individual workweeks for Defendants.

17. Defendants paid me approximately $9.50 per hour in 2011.

18. I was typically compensated every week.

19. During my employment, in weeks in which I worked more than 40 hours, I was compensated at my regular hourly rate for all hours worked in two checks, one payroll check for forty hours at my regular hourly rate and another personal check for overtime hours paid at my regular hourly rate.

20. I was not compensated at the overtime premium rate for hours worked in excess of forty in individual work weeks.

21. I had conversations with co-workers in which they complained that they were similarly paid at their regular rate of pay for all time worked, including time in excess of forty hours in an individual work week.

22. Defendants required me and other similarly situated workers to arrive to the shop to work at the same time on a daily basis.

23. On the crew I was assigned to on a daily basis, typically about 3-4 people worked together on the same assignments and the same hours.

24. I was not paid for all time worked.

25. I was shorted approximately 8 hours each week.

26. I regularly worked before I clocked in at the start of the workday.

27. In fact, Defendants required me and other similarly situated workers to arrive at the shop approximately fifteen (15) minutes prior to the start of the shift to prepare for the shift by, for example, loading the truck with materials and equipment for the work day.

28. I was not permitted to clock in until we were ready to leave to the first job site pursuant to Nation One's policy.

29. I was not compensated for this time.

30. I regularly was required to work after I clocked out at the end of the workday unloading the equipment and materials from the trucks.

31. I regularly worked approximately (15) minutes after I punched out at the end of the day.

32. I was not compensated for this time.

33. I received a half hour lunch break, however my lunch break was regularly interrupted when I was called back to work.

34. I was automatically deducted a half hour for lunch even when my lunch was interrupted.

35. I usually had my lunch interrupted at least 3 times a week.

36. I was not compensated for the time spent working, instead of taking a lunch.

37. Defendants' failure to compensate me for all time worked, resulted in a failure to pay me and at least the Illinois mandated minimum wage rate for all time worked during individual workweeks.

38. During the course of my employment, I had deductions taken from my check, including deductions as payment for company uniforms.

39. During the course of my employment, the typical deduction was for $4.84 per check.

40. I did not provide a written authorization for these deductions each time a deduction was made.

41. I had conversations with co-workers in which they complained that they were similarly had deductions made from their uniforms.

42. I never received a payment from Nation One pursuant to an IDOL audit.

43. I calculate my total owed wages to be $14,464.67. *See* Spreadsheet of Damages, attached hereto as Exhibit 1.

44. I calculate $6,175.76 to be owed in unpaid wages with $2,888 owed in unpaid earned wages and $3,287.76 owed in statutory interest.

45. I calculate $7,895.62 to be owed in unpaid overtime wages with $3,685.76 owed in overtime premiums and $4,271.85 owed in statutory interest.

46. I calculate $393.30 to be owed in unauthorized deductions with $183.92 in unauthorized deductions and $209.38 owed in statutory interest.

47. I am not suffering any impediments and am competent to testify to all of the foregoing.

Pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned, Aureliano Torres, certifies that he has read the foregoing document, and that the statements set forth in the document are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: 3-30-16

Aureliano Torres

I, Jessica J Lopez , hereby certify, under penalty of perjury, that I am fluent in Spanish and English and that I have translated the above documents from English into Spanish to the best of my abilities.

Dated: 3/30/16

# ATTACHMENT 1

**Aureliano Torres**

Current Date 4/1/2016

| Week Ending | Pay Rate | Weekly Hours Paid | Unpaid Time | Months Since Violation | Unpaid Earned Wages | Statutory Interest | Total Earned Wages | Unpaid OT-IL | Statutory Interest | Total OT Violation | Unlawful Deductions | Statutory Interests | Total Unlawful Deductions | Total Owed | Il Stat. Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/11/2011 | $9.50 | 44.55 | 8 | 61 | $76.00 | $92.72 | $168.72 | $59.61 | $72.73 | $132.34 | $4.84 | $5.90 | $10.74 | $311.80 | 2% |
| 3/18/2011 | $9.50 | 44.55 | 8 | 61 | $76.00 | $92.72 | $168.72 | $59.61 | $72.73 | $132.34 | $4.84 | $5.90 | $10.74 | $311.80 | 2% |
| 3/25/2011 | $9.50 | 44.55 | 8 | 61 | $76.00 | $92.72 | $168.72 | $59.61 | $72.73 | $132.34 | $4.84 | $5.90 | $10.74 | $311.80 | 2% |
| 4/1/2011 | $9.50 | 51.1 | 8 | 60 | $76.00 | $91.20 | $167.20 | $90.73 | $108.87 | $199.60 | $4.84 | $5.81 | $10.65 | $377.44 | 2% |
| 4/8/2011 | $9.50 | 51.1 | 8 | 60 | $76.00 | $91.20 | $167.20 | $90.73 | $108.87 | $199.60 | $4.84 | $5.81 | $10.65 | $377.44 | 2% |
| 4/15/2011 | $9.50 | 60.5 | 8 | 60 | $76.00 | $91.20 | $167.20 | $135.38 | $162.45 | $297.83 | $4.84 | $5.81 | $10.65 | $475.67 | 2% |
| 4/22/2011 | $9.50 | 60.5 | 8 | 60 | $76.00 | $91.20 | $167.20 | $135.38 | $162.45 | $297.83 | $4.84 | $5.81 | $10.65 | $475.67 | 2% |
| 4/29/2011 | $9.50 | 51.1 | 8 | 60 | $76.00 | $91.20 | $167.20 | $90.73 | $108.87 | $199.60 | $4.84 | $5.81 | $10.65 | $377.44 | 2% |
| 5/6/2011 | $9.50 | 51.1 | 8 | 59 | $76.00 | $89.68 | $165.68 | $90.73 | $107.06 | $197.78 | $4.84 | $5.71 | $10.55 | $374.01 | 2% |
| 5/13/2011 | $9.50 | 60.5 | 8 | 59 | $76.00 | $89.68 | $165.68 | $135.38 | $159.74 | $295.12 | $4.84 | $5.71 | $10.55 | $471.35 | 2% |
| 5/20/2011 | $9.50 | 60.5 | 8 | 59 | $76.00 | $89.68 | $165.68 | $135.38 | $159.74 | $295.12 | $4.84 | $5.71 | $10.55 | $471.35 | 2% |
| 5/27/2011 | $9.50 | 51.1 | 8 | 59 | $76.00 | $89.68 | $165.68 | $90.73 | $107.06 | $197.78 | $4.84 | $5.71 | $10.55 | $374.01 | 2% |
| 6/3/2011 | $9.50 | 51.1 | 8 | 58 | $76.00 | $88.16 | $164.16 | $90.73 | $105.24 | $195.97 | $4.84 | $5.61 | $10.45 | $370.58 | 2% |
| 6/10/2011 | $9.50 | 60.5 | 8 | 58 | $76.00 | $88.16 | $164.16 | $135.38 | $157.04 | $292.41 | $4.84 | $5.61 | $10.45 | $467.02 | 2% |
| 6/17/2011 | $9.50 | 60.5 | 8 | 58 | $76.00 | $88.16 | $164.16 | $135.38 | $157.04 | $292.41 | $4.84 | $5.61 | $10.45 | $467.02 | 2% |
| 6/24/2011 | $9.50 | 51.1 | 8 | 58 | $76.00 | $88.16 | $164.16 | $90.73 | $105.24 | $195.97 | $4.84 | $5.61 | $10.45 | $370.58 | 2% |
| 7/1/2011 | $9.50 | 51.1 | 8 | 57 | $76.00 | $86.64 | $162.64 | $90.73 | $103.43 | $194.15 | $4.84 | $5.52 | $10.36 | $367.15 | 2% |
| 7/8/2011 | $9.50 | 60.5 | 8 | 57 | $76.00 | $86.64 | $162.64 | $135.38 | $154.33 | $289.70 | $4.84 | $5.52 | $10.36 | $462.70 | 2% |
| 7/15/2011 | $9.50 | 60.5 | 8 | 57 | $76.00 | $86.64 | $162.64 | $135.38 | $154.33 | $289.70 | $4.84 | $5.52 | $10.36 | $462.70 | 2% |
| 7/22/2011 | $9.50 | 51.1 | 8 | 57 | $76.00 | $86.64 | $162.64 | $90.73 | $103.43 | $194.15 | $4.84 | $5.52 | $10.36 | $367.15 | 2% |
| 7/29/2011 | $9.50 | 51.1 | 8 | 56 | $76.00 | $85.12 | $161.12 | $90.73 | $101.62 | $192.34 | $4.84 | $5.42 | $10.26 | $363.72 | 2% |
| 8/5/2011 | $9.50 | 60.5 | 8 | 56 | $76.00 | $85.12 | $161.12 | $135.38 | $151.62 | $287.00 | $4.84 | $5.42 | $10.26 | $458.38 | 2% |
| 8/12/2011 | $9.50 | 60.5 | 8 | 56 | $76.00 | $85.12 | $161.12 | $135.38 | $151.62 | $287.00 | $4.84 | $5.42 | $10.26 | $458.38 | 2% |
| 8/19/2011 | $9.50 | 51.1 | 8 | 56 | $76.00 | $85.12 | $161.12 | $90.73 | $101.61 | $192.34 | $4.84 | $5.42 | $10.26 | $363.72 | 2% |
| 8/26/2011 | $9.50 | 51.1 | 8 | 55 | $76.00 | $83.60 | $159.60 | $90.73 | $101.61 | $192.34 | $4.84 | $5.32 | $10.16 | $363.72 | 2% |
| 9/2/2011 | $9.50 | 60.5 | 8 | 55 | $76.00 | $83.60 | $159.60 | $135.38 | $148.91 | $284.29 | $4.84 | $5.32 | $10.16 | $454.05 | 2% |
| 9/9/2011 | $9.50 | 60.5 | 8 | 55 | $76.00 | $83.60 | $159.60 | $135.38 | $148.91 | $284.29 | $4.84 | $5.32 | $10.16 | $454.05 | 2% |
| 9/16/2011 | $9.50 | 51.1 | 8 | 55 | $76.00 | $83.60 | $159.60 | $90.73 | $99.80 | $190.52 | $4.84 | $5.32 | $10.16 | $360.29 | 2% |
| 9/23/2011 | $9.50 | 51.1 | 8 | 55 | $76.00 | $83.60 | $159.60 | $90.73 | $99.80 | $190.52 | $4.84 | $5.32 | $10.16 | $360.29 | 2% |
| 9/30/2011 | $9.50 | 60.5 | 8 | 54 | $76.00 | $82.08 | $158.08 | $135.38 | $148.91 | $284.29 | $4.84 | $5.23 | $10.07 | $454.05 | 2% |
| 10/7/2011 | $9.50 | 44.55 | 8 | 54 | $76.00 | $82.08 | $158.08 | $59.61 | $64.38 | $123.99 | $4.84 | $5.23 | $10.07 | $292.14 | 2% |
| 10/14/2011 | $9.50 | 44.55 | 8 | 54 | $76.00 | $82.08 | $158.08 | $59.61 | $64.38 | $123.99 | $4.84 | $5.23 | $10.07 | $292.14 | 2% |
| 10/21/2011 | $9.50 | 44.55 | 8 | 54 | $76.00 | $82.08 | $158.08 | $59.61 | $64.38 | $123.99 | $4.84 | $5.23 | $10.07 | $292.14 | 2% |
| 10/28/2011 | $9.50 | 44.55 | 8 | 53 | $76.00 | $80.56 | $156.56 | $59.61 | $63.19 | $122.80 | $4.84 | $5.13 | $9.97 | $289.33 | 2% |
| 11/4/2011 | $9.50 | 44.55 | 8 | 53 | $76.00 | $80.56 | $156.56 | $59.61 | $63.19 | $122.80 | $4.84 | $5.13 | $9.97 | $289.33 | 2% |
| 11/11/2011 | $9.50 | 44.55 | 8 | 53 | $76.00 | $80.56 | $156.56 | $59.61 | $63.19 | $122.80 | $4.84 | $5.13 | $9.97 | $289.33 | 2% |
| 11/18/2011 | $9.50 | 44.55 | 8 | 53 | $76.00 | $80.56 | $156.56 | $59.61 | $63.19 | $122.80 | $4.84 | $5.13 | $9.97 | $289.33 | 2% |
| 11/25/2011 | $9.50 | 44.55 | 8 | 53 | $76.00 | $80.56 | $156.56 | $59.61 | $63.19 | $122.80 | $4.84 | $5.13 | $9.97 | $289.33 | 2% |
| 12/2/2011 | $9.50 | 44.55 | 8 | 52 | $76.00 | $79.04 | $155.04 | $59.61 | $62.00 | $121.61 | $4.84 | $5.03 | $9.87 | $286.52 | 2% |
| | | | | | $2,888.00 | $3,287.76 | $6,175.76 | $3,685.76 | $4,271.85 | $7,895.62 | $183.92 | $209.38 | $393.30 | $14,464.67 | |

IDOL Recovery $

Total Owed $14,464.67

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

AURELIANO TORRES, on behalf of　　　)
himself and other similarly situated　　)
persons, known and unknown,　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　)　　Case No. 12 C 9723
　　　　　v.　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)　　Judge Shah
NATION ONE LANDSCAPING, INC.,　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　)

---

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
## COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

---

### *(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Nation One Lanscaping, Inc. performing landscaping and snow removal work between December 5, 2009 and the present, and I was not paid for all earned overtime wages during certain weeks where I worked in excess of forty (40) hours. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Aureliano Torres as my representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

MY NAME IS:　　　　　　　　_Eliseo C. Marcelo_
　　　　　　　　　　　　　　　*Please Print Name*

YOUR SIGNATURE:　　　　　　_[signature]_
　　　　　　　　　　　　　　　*Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE:　_02-19-15_
　　　　　　　　　　　　　　　*Today's Date*

**Counsel for Plaintiff:**　　　**Christopher J. Williams**
　　　　　　　　　　　　　　**Alvar Ayala**
　　　　　　　　　　　　　　**Workers' Law Office**
　　　　　　　　　　　　　　**53 W. Jackson Blvd., Suite 701**
　　　　　　　　　　　　　　**Chicago, IL 60604**
　　　　　　　　　　　　　　**(312) 795-9120**
　　　　　　　　　　　　　　**Facsimile (312) 929-2207**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

AURELIANO TORRES, on behalf of )
himself and other similarly situated )
persons, known and unknown, )
                        )
        Plaintiff, )
                        )    Case No. 12 C 9723
        v. )
                        )    Judge Shah
NATION ONE LANDSCAPING, INC., )
                        )
        Defendant. )

---

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

---

*(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Nation One Lanscaping, Inc. performing landscaping and snow removal work between December 5, 2009 and the present, and I was not paid for all earned overtime wages during certain weeks where I worked in excess of forty (40) hours. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Aureliano Torres as my representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

MY NAME IS:                       _Marco A Marcelo_
                                          *Please Print Name*

YOUR SIGNATURE:
                                          *Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE:    _02-18-15_
                                                    *Today's Date*

**Counsel for Plaintiff:**        **Christopher J. Williams**
                                   **Alvar Ayala**
                                   **Workers' Law Office**
                                   **53 W. Jackson Blvd., Suite 701**
                                   **Chicago, IL 60604**
                                   **(312) 795-9120**
                                   **Facsimile (312) 929-2207**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

AURELIANO TORRES, on behalf of )
himself and other similarly situated )
persons, known and unknown, )
                                 )
        Plaintiff, )
                                   )    Case No. 12 C 9723
        v. )
                                   )    Judge Shah
NATION ONE LANDSCAPING, INC., )
                                   )
        Defendant. )

---

### NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

---

#### *(This form must be completed in ink, not pencil.)*

      By my signature below I represent to the Court that I have worked for Nation One Lanscaping, Inc. performing landscaping and snow removal work between December 5, 2009 and the present, and I was not paid for all earned overtime wages during certain weeks where I worked in excess of forty (40) hours. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Aureliano Torres as my representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

MY NAME IS:                      *Alfonso Garcia*
                                             *Please Print Name*

YOUR SIGNATURE:            *Alfonso Garcia*
                                               *Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE:    2-3-15
                                                       *Today's Date*

**Counsel for Plaintiff:**       **Christopher J. Williams**
                                   **Alvar Ayala**
                                   **Workers' Law Office**
                                   **53 W. Jackson Blvd., Suite 701**
                                   **Chicago, IL 60604**
                                   **(312) 795-9120**
                                   **Facsimile (312) 929-2207**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

AURELIANO TORRES, on behalf of   )
himself and other similarly situated   )
persons, known and unknown,   )
  )
      Plaintiff,   )
  )    Case No. 12 C 9723
     v.   )
  )    Judge Shah
NATION ONE LANDSCAPING, INC.,   )
  )
      Defendant.   )

---

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

---

### *(This form must be completed in ink, not pencil.)*

By my signature below I represent to the Court that I have worked for Nation One Lanscaping, Inc. performing landscaping and snow removal work between December 5, 2009 and the present, and I was not paid for all earned overtime wages during certain weeks where I worked in excess of forty (40) hours. I hereby authorize the filing and prosecution of this Fair Labor Standards Act action in my name and on my behalf and designate Aureliano Torres as my representative to make decisions on my behalf concerning this litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

MY NAME IS:          _Andrea Izytierrez_
                                   *Please Print Name*

YOUR SIGNATURE:                         
                                   *Please Sign Name*

DATE ON WHICH I SIGNED THIS NOTICE:   _1-31-15_
                                        *Today's Date*

**Counsel for Plaintiff:**     **Christopher J. Williams**
                           **Alvar Ayala**
                           **Workers' Law Office**
                           **53 W. Jackson Blvd., Suite 701**
                           **Chicago, IL 60604**
                           **(312) 795-9120**
                           **Facsimile (312) 929-2207**

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AURELIANO TORRES, on behalf of himself and other similarly situated persons, known and unknown, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 12 C 9723 |
| v. | ) | |
| | ) | Judge Shah |
| NATION ONE LANDSCAPING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ELISEO MARCELO

I, Eliseo Marcelo, under penalty of perjury, state based on personal knowledge that the following facts are true and correct:

1. I am over the age of 21 years.

2. I currently reside in Blue Island, Illinois.

3. I am opt-in class member in the above-captioned matter.

4. I was formerly employed by the Nation One Landscaping, Inc. ("Nation One") and Brian Emmick ("Emmick") (collectively "Defendants") as a landscaper.

5. I was employed by Defendants from approximately April 2009 to approximately June 2014.

6. I was hired by Brian Emmick.

7. My schedule was set by Brian Emmick.

8. I was supervised by Brian Emmick.

9. My rate of pay was set by Brian Emmick. He is the one that gave me my raises.

10. Brian Emmick handed me my pay.

11. Brian Emmick was involved in the day to day operations.

12. My daily schedule varied.

13. During the course of my employment, I typically worked Monday through Friday from approximately 6:40 a.m. to approximately 4:20 p.m. during the month of March.

14. During the course of my employment, I typically worked Monday through Friday from approximately 6:40 a.m. to approximately 7 p.m. during the months April through July, September and October.

15. During the course of my employment, I typically worked Monday through Friday from approximately 6:40 a.m. to approximately 5:20 p.m. during the month of August and November.

16. During the course of my employment, I would regularly work approximately two Saturdays per month during the months of June through September from approximately 6:40 a.m. to 4:00 p.m.

17. I customarily worked in excess of forty hours in individual workweeks for Defendants.

18. Defendants paid me approximately $10.50 per hour in 2011.

19. Defendants paid me approximately $11 per hour in 2012.

20. Defendants paid me approximately $11.50 per hour in 2013.

21. Defendants paid me approximately $12.45 per hour in 2014.

22. I was typically compensated every week.

23. During my employment with, in weeks in which I worked more than 40 hours, I was compensated at my regular hourly rate for all hours worked in two checks, one payroll check for forty hours at my regular hourly rate and another personal check for overtime hours at my regular hourly rate.

24. I was not compensated at the overtime premium rate for hours worked in excess of forty in individual work weeks.

25. Defendants required me and other similarly situated workers to arrive to the shop to work at the same on a daily basis.

26. On the crew I was assigned to on a daily basis, typically about 3-4 people worked together on the same assignments and the same hours.

27. I was not paid for all time worked.

28. I was shorted approximately 6.5 hours each week. No explanation was provided as to why I was not being paid for all my hours worked.

29. I regularly worked before I clocked in at the start of the workday.

30. In fact, Defendants required me and other similarly situated workers to arrive at the shop approximately fifteen (15) minutes prior to the start of the shift to prepare for the shift by, for example, loading the truck with materials and equipment for the work day.

31. I was not permitted to clock in until I was ready to leave to the first job site pursuant to Nation One's policy.

32. I was not compensated for this time.

33. I regularly was required to work after I clocked out at the end of the workday unloading the equipment and materials from the trucks.

34. I regularly worked approximately fifteen minutes (15) after I punched out at the end of the day.

35. I was not compensated for this time.

36. I was not paid approximately 2.5 hours of pre shift and post shift work.

37. I received a half hour lunch break, however my lunch break was regularly interrupted

when I was called back to work.

38. I was automatically deducted a half-hour for lunch even when my lunch was interrupted.

39. I usually had my lunch interrupted at least 3 times a week.

40. I was not compensated for the time spent working, instead of taking a lunch.

41. I was not paid approximately 1.5 hours of interrupted lunch.

42. During the course of my employment, I had deductions taken from my check, including deductions as payment for company uniforms.

43. During the course of my employment, the typical deduction was for $4.84 per check.

44. I did not provide a written authorization for these deductions each time a deduction was made.

45. On or about September 2013 I received a check from Nation One for $1,200.70 for unpaid overtime wages. I cashed the check. *See* IDOL Audit Check, attached hereto as Exhibit 1.

46. The check did not compensate me for all the unpaid owed overtime wages or unauthorized deductions.

47. I continued working for Nation One after September 2013.

48. My work schedule remained the same with my working over forty hours in individual work weeks. I continued to be paid at straight time for all hours worked with forty hours paid in a payroll check and the hours over forty paid at straight time in a personal check. This practice was continued by Nation One until I ended my employment in June 2014.

49. I calculate my total owed wages to be $27,675.18, $28,875.88 in total owed wages minus the IDOL recovery of $1,200.70. *See* Spreadsheet of Damages, attached hereto as Exhibit 2.

Pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned, Eliseo Marcelo, certifies that he has read the foregoing document, and that the statements set forth in the document are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: 3/31/2016

_____

Eliseo Marcelo

I, _Jessica Lopez_____, hereby certify, under penalty of perjury, that I am fluent in Spanish and English and that I have translated the above documents from English into Spanish to the best of my abilities.

Dated:

# ATTACHMENT 1



CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**NATION ONE LANDSCAPING INC**
1039 Industry Rd.
NEW LENOX, IL 60451
(815) 462-4900

FIRST MIDWEST BANK
70-160/719

4744

10/4/2013

PAY TO THE
ORDER OF    Il. Dept. of Labor or Eliseo C Marcelo                    $  **1,200.70

One Thousand Two Hundred and 70/100*************************************************** DOLLARS

Il. Dept. of Labor or Eliseo C Marcelo
13039 Chicago
Blue Island, IL 60406

MEMO    Pay Period: 09/22/2013 - 09/28/2013

⑆004744⑆ ⑆071901604⑆

Acct: ▉▉▉▉▉▉ - Ck#: 4744 - Amt: $1,200.70 - Tracer# - 2387261090 - 11/13/2013



Acct: ▉▉▉▉▉▉ Ck#: 4744 - Amt: $1,200.70 - Tracer# - 2387261090 - 11/13/2013

# ATTACHMENT 2

**Eliseo Marcelo**

Current Date 4/1/2016

| Week Ending | Pay Rate | Weekly Hours Paid | Months Since Violation | Unpaid OT-Fed | Liquidated Damages | Total OT Violation | Unlawful Deductions | Statutory Interests | Total Unlawful Deductions | Total Owed | Il Stat. Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/5/2011 | $10.50 | 48.2 | 61 | $43.05 | $43.05 | $86.10 | $4.84 | $5.90 | $10.74 | $96.84 | 2% |
| 3/12/2011 | $10.50 | 48.2 | 61 | $43.05 | $43.05 | $86.10 | $4.84 | $5.90 | $10.74 | $96.84 | 2% |
| 3/19/2011 | $10.50 | 48.2 | 61 | $43.05 | $43.05 | $86.10 | $4.84 | $5.90 | $10.74 | $96.84 | 2% |
| 3/26/2011 | $10.50 | 48.2 | 61 | $43.05 | $43.05 | $86.10 | $4.84 | $5.90 | $10.74 | $96.84 | 2% |
| 4/2/2011 | $10.50 | 48.2 | 60 | $43.05 | $43.05 | $86.10 | $4.84 | $5.81 | $10.65 | $96.75 | 2% |
| 4/9/2011 | $10.50 | 61.4 | 60 | $112.35 | $112.35 | $224.70 | $4.84 | $5.81 | $10.65 | $235.35 | 2% |
| 4/16/2011 | $10.50 | 61.4 | 60 | $112.35 | $112.35 | $224.70 | $4.84 | $5.81 | $10.65 | $235.35 | 2% |
| 4/23/2011 | $10.50 | 61.4 | 60 | $112.35 | $112.35 | $224.70 | $4.84 | $5.81 | $10.65 | $235.35 | 2% |
| 4/30/2011 | $10.50 | 61.4 | 60 | $112.35 | $112.35 | $224.70 | $4.84 | $5.81 | $10.65 | $235.35 | 2% |
| 5/7/2011 | $10.50 | 61.4 | 59 | $112.35 | $112.35 | $224.70 | $4.84 | $5.71 | $10.55 | $235.25 | 2% |
| 5/14/2011 | $10.50 | 61.4 | 59 | $112.35 | $112.35 | $224.70 | $4.84 | $5.71 | $10.55 | $235.25 | 2% |
| 5/21/2011 | $10.50 | 61.4 | 59 | $112.35 | $112.35 | $224.70 | $4.84 | $5.71 | $10.55 | $235.25 | 2% |
| 5/28/2011 | $10.50 | 61.4 | 59 | $112.35 | $112.35 | $224.70 | $4.84 | $5.71 | $10.55 | $235.25 | 2% |
| 6/4/2011 | $10.50 | 61.4 | 58 | $112.35 | $112.35 | $224.70 | $4.84 | $5.61 | $10.45 | $235.15 | 2% |
| 6/11/2011 | $10.50 | 61.4 | 58 | $112.35 | $112.35 | $224.70 | $4.84 | $5.61 | $10.45 | $235.15 | 2% |
| 6/18/2011 | $10.50 | 61.4 | 58 | $112.35 | $112.35 | $224.70 | $4.84 | $5.61 | $10.45 | $235.15 | 2% |
| 6/25/2011 | $10.50 | 71 | 58 | $162.75 | $162.75 | $325.50 | $4.84 | $5.61 | $10.45 | $335.95 | 2% |
| 7/2/2011 | $10.50 | 71 | 57 | $162.75 | $162.75 | $325.50 | $4.84 | $5.52 | $10.36 | $335.86 | 2% |
| 7/9/2011 | $10.50 | 61.4 | 57 | $112.35 | $112.35 | $224.70 | $4.84 | $5.52 | $10.36 | $235.06 | 2% |
| 7/16/2011 | $10.50 | 61.4 | 57 | $112.35 | $112.35 | $224.70 | $4.84 | $5.52 | $10.36 | $235.06 | 2% |
| 7/23/2011 | $10.50 | 71 | 57 | $162.75 | $162.75 | $325.50 | $4.84 | $5.52 | $10.36 | $335.86 | 2% |
| 7/30/2011 | $10.50 | 71 | 57 | $162.75 | $162.75 | $325.50 | $4.84 | $5.52 | $10.36 | $335.86 | 2% |
| 8/6/2011 | $10.50 | 61.4 | 56 | $112.35 | $112.35 | $224.70 | $4.84 | $5.42 | $10.26 | $234.96 | 2% |
| 8/13/2011 | $10.50 | 53.2 | 56 | $69.30 | $69.30 | $138.60 | $4.84 | $5.42 | $10.26 | $148.86 | 2% |
| 8/20/2011 | $10.50 | 62.4 | 56 | $117.60 | $117.60 | $235.20 | $4.84 | $5.42 | $10.26 | $245.46 | 2% |
| 8/27/2011 | $10.50 | 62.4 | 56 | $117.60 | $117.60 | $235.20 | $4.84 | $5.42 | $10.26 | $245.46 | 2% |
| 9/3/2011 | $10.50 | 53.2 | 55 | $69.30 | $69.30 | $138.60 | $4.84 | $5.32 | $10.16 | $148.76 | 2% |
| 9/10/2011 | $10.50 | 61.4 | 55 | $112.35 | $112.35 | $224.70 | $4.84 | $5.32 | $10.16 | $234.86 | 2% |
| 9/17/2011 | $10.50 | 61.4 | 55 | $112.35 | $112.35 | $224.70 | $4.84 | $5.32 | $10.16 | $234.86 | 2% |
| 9/24/2011 | $10.50 | 61.4 | 54 | $112.35 | $112.35 | $224.70 | $4.84 | $5.23 | $10.07 | $234.77 | 2% |
| 10/1/2011 | $10.50 | 61.4 | 54 | $112.35 | $112.35 | $224.70 | $4.84 | $5.23 | $10.07 | $234.77 | 2% |
| 10/8/2011 | $10.50 | 61.4 | 54 | $112.35 | $112.35 | $224.70 | $4.84 | $5.23 | $10.07 | $234.77 | 2% |
| 10/15/2011 | $10.50 | 61.4 | 54 | $112.35 | $112.35 | $224.70 | $4.84 | $5.23 | $10.07 | $234.77 | 2% |
| 10/22/2011 | $10.50 | 61.4 | 54 | $112.35 | $112.35 | $224.70 | $4.84 | $5.23 | $10.07 | $234.77 | 2% |
| 10/29/2011 | $10.50 | 61.4 | 54 | $112.35 | $112.35 | $224.70 | $4.84 | $5.23 | $10.07 | $234.77 | 2% |
| 11/5/2011 | $10.50 | 61.4 | 53 | $112.35 | $112.35 | $224.70 | $4.84 | $5.13 | $9.97 | $234.67 | 2% |
| 3/10/2012 | $11.00 | 48.2 | 49 | $45.10 | $45.10 | $90.20 | $4.84 | $4.74 | $9.58 | $99.78 | 2% |
| 3/17/2012 | $11.00 | 48.2 | 49 | $45.10 | $45.10 | $90.20 | $4.84 | $4.74 | $9.58 | $99.78 | 2% |
| 3/24/2012 | $11.00 | 48.2 | 49 | $45.10 | $45.10 | $90.20 | $4.84 | $4.74 | $9.58 | $99.78 | 2% |
| 3/31/2012 | $11.00 | 48.2 | 49 | $45.10 | $45.10 | $90.20 | $4.84 | $4.74 | $9.58 | $99.78 | 2% |
| 4/7/2012 | $11.00 | 48.2 | 48 | $45.10 | $45.10 | $90.20 | $4.84 | $4.65 | $9.49 | $99.69 | 2% |

| Date | Rate | Hours | Num | Amount | Amount | Amount | | | | Total | % |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/2012 | $11.00 | 61.4 | 48 | $117.70 | $117.70 | $235.40 | $4.84 | $4.65 | $9.49 | $244.89 | 2% |
| 4/21/2012 | $11.00 | 61.4 | 48 | $117.70 | $117.70 | $235.40 | $4.84 | $4.65 | $9.49 | $244.89 | 2% |
| 4/28/2012 | $11.00 | 61.4 | 48 | $117.70 | $117.70 | $235.40 | $4.84 | $4.65 | $9.49 | $244.89 | 2% |
| 5/5/2012 | $11.00 | 61.4 | 47 | $117.70 | $117.70 | $235.40 | $4.84 | $4.55 | $9.39 | $244.79 | 2% |
| 5/12/2012 | $11.00 | 61.4 | 47 | $117.70 | $117.70 | $235.40 | $4.84 | $4.55 | $9.39 | $244.79 | 2% |
| 5/19/2012 | $11.00 | 61.4 | 47 | $117.70 | $117.70 | $235.40 | $4.84 | $4.55 | $9.39 | $244.79 | 2% |
| 5/26/2012 | $11.00 | 61.4 | 47 | $117.70 | $117.70 | $235.40 | $4.84 | $4.55 | $9.39 | $244.79 | 2% |
| 6/2/2012 | $11.00 | 61.4 | 46 | $117.70 | $117.70 | $235.40 | $4.84 | $4.45 | $9.29 | $244.69 | 2% |
| 6/9/2012 | $11.00 | 61.4 | 46 | $117.70 | $117.70 | $235.40 | $4.84 | $4.45 | $9.29 | $244.69 | 2% |
| 6/16/2012 | $11.00 | 61.4 | 46 | $117.70 | $117.70 | $235.40 | $4.84 | $4.45 | $9.29 | $244.69 | 2% |
| 6/23/2012 | $11.00 | 71 | 46 | $170.50 | $170.50 | $341.00 | $4.84 | $4.45 | $9.29 | $350.29 | 2% |
| 6/30/2012 | $11.00 | 71 | 46 | $170.50 | $170.50 | $341.00 | $4.84 | $4.45 | $9.29 | $350.29 | 2% |
| 7/7/2012 | $11.00 | 61.4 | 45 | $117.70 | $117.70 | $235.40 | $4.84 | $4.36 | $9.20 | $244.60 | 2% |
| 7/14/2012 | $11.00 | 71 | 45 | $170.50 | $170.50 | $341.00 | $4.84 | $4.36 | $9.20 | $350.20 | 2% |
| 7/21/2012 | $11.00 | 71 | 45 | $170.50 | $170.50 | $341.00 | $4.84 | $4.36 | $9.20 | $350.20 | 2% |
| 7/28/2012 | $11.00 | 71 | 45 | $170.50 | $170.50 | $341.00 | $4.84 | $4.36 | $9.20 | $350.20 | 2% |
| 8/4/2012 | $11.00 | 61.4 | 44 | $117.70 | $117.70 | $235.40 | $4.84 | $4.26 | $9.10 | $244.50 | 2% |
| 8/11/2012 | $11.00 | 53.2 | 44 | $72.60 | $72.60 | $145.20 | $4.84 | $4.26 | $9.10 | $154.30 | 2% |
| 8/18/2012 | $11.00 | 62.4 | 44 | $123.20 | $123.20 | $246.40 | $4.84 | $4.26 | $9.10 | $255.50 | 2% |
| 8/25/2012 | $11.00 | 62.4 | 44 | $123.20 | $123.20 | $246.40 | $4.84 | $4.26 | $9.10 | $255.50 | 2% |
| 9/1/2012 | $11.00 | 53.2 | 43 | $72.60 | $72.60 | $145.20 | $4.84 | $4.16 | $9.00 | $154.20 | 2% |
| 9/8/2012 | $11.00 | 61.4 | 43 | $117.70 | $117.70 | $235.40 | $4.84 | $4.16 | $9.00 | $244.40 | 2% |
| 9/15/2012 | $11.00 | 61.4 | 43 | $117.70 | $117.70 | $235.40 | $4.84 | $4.16 | $9.00 | $244.40 | 2% |
| 9/22/2012 | $11.00 | 61.4 | 43 | $117.70 | $117.70 | $235.40 | $4.84 | $4.16 | $9.00 | $244.40 | 2% |
| 9/29/2012 | $11.00 | 61.4 | 43 | $117.70 | $117.70 | $235.40 | $4.84 | $4.16 | $9.00 | $244.40 | 2% |
| 10/6/2012 | $11.00 | 61.4 | 42 | $117.70 | $117.70 | $235.40 | $4.84 | $4.07 | $8.91 | $244.31 | 2% |
| 10/13/2012 | $11.00 | 61.4 | 42 | $117.70 | $117.70 | $235.40 | $4.84 | $4.07 | $8.91 | $244.31 | 2% |
| 10/20/2012 | $11.00 | 61.4 | 42 | $117.70 | $117.70 | $235.40 | $4.84 | $4.07 | $8.91 | $244.31 | 2% |
| 10/27/2012 | $11.00 | 61.4 | 42 | $117.70 | $117.70 | $235.40 | $4.84 | $4.07 | $8.91 | $244.31 | 2% |
| 11/3/2012 | $11.00 | 61.4 | 41 | $117.70 | $117.70 | $235.40 | $4.84 | $3.97 | $8.81 | $244.21 | 2% |
| 3/9/2013 | $11.50 | 48.2 | 37 | $47.15 | $47.15 | $94.30 | $4.84 | $3.58 | $8.42 | $102.72 | 2% |
| 3/16/2013 | $11.50 | 48.2 | 37 | $47.15 | $47.15 | $94.30 | $4.84 | $3.58 | $8.42 | $102.72 | 2% |
| 3/23/2013 | $11.50 | 48.2 | 37 | $47.15 | $47.15 | $94.30 | $4.84 | $3.58 | $8.42 | $102.72 | 2% |
| 3/30/2013 | $11.50 | 48.2 | 37 | $47.15 | $47.15 | $94.30 | $4.84 | $3.58 | $8.42 | $102.72 | 2% |
| 4/6/2013 | $11.50 | 48.2 | 36 | $47.15 | $47.15 | $94.30 | $4.84 | $3.48 | $8.32 | $102.62 | 2% |
| 4/13/2013 | $11.50 | 61.4 | 36 | $123.05 | $123.05 | $246.10 | $4.84 | $3.48 | $8.32 | $254.42 | 2% |
| 4/20/2013 | $11.50 | 61.4 | 36 | $123.05 | $123.05 | $246.10 | $4.84 | $3.48 | $8.32 | $254.42 | 2% |
| 4/27/2013 | $11.50 | 61.4 | 36 | $123.05 | $123.05 | $246.10 | $4.84 | $3.48 | $8.32 | $254.42 | 2% |
| 5/4/2013 | $11.50 | 61.4 | 35 | $123.05 | $123.05 | $246.10 | $4.84 | $3.39 | $8.23 | $254.33 | 2% |
| 5/11/2013 | $11.50 | 61.4 | 35 | $123.05 | $123.05 | $246.10 | $4.84 | $3.39 | $8.23 | $254.33 | 2% |
| 5/18/2013 | $11.50 | 61.4 | 35 | $123.05 | $123.05 | $246.10 | $4.84 | $3.39 | $8.23 | $254.33 | 2% |
| 5/25/2013 | $11.50 | 61.4 | 35 | $123.05 | $123.05 | $246.10 | $4.84 | $3.39 | $8.23 | $254.33 | 2% |
| 6/1/2013 | $11.50 | 61.4 | 34 | $123.05 | $123.05 | $246.10 | $4.84 | $3.29 | $8.13 | $254.23 | 2% |
| 6/8/2013 | $11.50 | 61.4 | 34 | $123.05 | $123.05 | $246.10 | $4.84 | $3.29 | $8.13 | $254.23 | 2% |
| 6/15/2013 | $11.50 | 61.4 | 34 | $123.05 | $123.05 | $246.10 | $4.84 | $3.29 | $8.13 | $254.23 | 2% |
| 6/22/2013 | $11.50 | 71 | 34 | $178.25 | $178.25 | $356.50 | $4.84 | $3.29 | $8.13 | $364.63 | 2% |
| 6/29/2013 | $11.50 | 71 | 34 | $178.25 | $178.25 | $356.50 | $4.84 | $3.29 | $8.13 | $364.63 | 2% |

| Date | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/6/2013 | $11.50 | 61.4 | 33 | $123.05 | $123.05 | $246.10 | $4.84 | $3.19 | $8.03 | $254.13 | 2% |
| 7/13/2013 | $11.50 | 61.4 | 33 | $123.05 | $123.05 | $246.10 | $4.84 | $3.19 | $8.03 | $254.13 | 2% |
| 7/20/2013 | $11.50 | 71 | 33 | $178.25 | $178.25 | $356.50 | $4.84 | $3.19 | $8.03 | $364.53 | 2% |
| 7/27/2013 | $11.50 | 71 | 33 | $178.25 | $178.25 | $356.50 | $4.84 | $3.19 | $8.03 | $364.53 | 2% |
| 8/3/2013 | $11.50 | 61.4 | 32 | $123.05 | $123.05 | $246.10 | $4.84 | $3.10 | $7.94 | $254.04 | 2% |
| 8/10/2013 | $11.50 | 53.2 | 32 | $75.90 | $75.90 | $151.80 | $4.84 | $3.10 | $7.94 | $159.74 | 2% |
| 8/17/2013 | $11.50 | 62.4 | 32 | $128.80 | $128.80 | $257.60 | $4.84 | $3.10 | $7.94 | $265.54 | 2% |
| 8/24/2013 | $11.50 | 62.4 | 32 | $128.80 | $128.80 | $257.60 | $4.84 | $3.10 | $7.94 | $265.54 | 2% |
| 8/31/2013 | $11.50 | 53.2 | 32 | $75.90 | $75.90 | $151.80 | $4.84 | $3.10 | $7.94 | $159.74 | 2% |
| 9/7/2013 | $11.50 | 61.4 | 31 | $123.05 | $123.05 | $246.10 | $4.84 | $3.00 | $7.84 | $253.94 | 2% |
| 9/14/2013 | $11.50 | 61.4 | 31 | $123.05 | $123.05 | $246.10 | $4.84 | $3.00 | $7.84 | $253.94 | 2% |
| 9/21/2013 | $11.50 | 61.4 | 31 | $123.05 | $123.05 | $246.10 | $4.84 | $3.00 | $7.84 | $253.94 | 2% |
| 9/28/2013 | $11.50 | 61.4 | 31 | $123.05 | $123.05 | $246.10 | $4.84 | $3.00 | $7.84 | $253.94 | 2% |
| 10/5/2013 | $11.50 | 61.4 | 30 | $123.05 | $123.05 | $246.10 | $4.84 | $2.90 | $7.74 | $253.84 | 2% |
| 10/12/2013 | $11.50 | 61.4 | 30 | $123.05 | $123.05 | $246.10 | $4.84 | $2.90 | $7.74 | $253.84 | 2% |
| 10/19/2013 | $11.50 | 61.4 | 30 | $123.05 | $123.05 | $246.10 | $4.84 | $2.90 | $7.74 | $253.84 | 2% |
| 10/26/2013 | $11.50 | 61.4 | 30 | $123.05 | $123.05 | $246.10 | $4.84 | $2.90 | $7.74 | $253.84 | 2% |
| 11/2/2013 | $11.50 | 61.4 | 29 | $123.05 | $123.05 | $246.10 | $4.84 | $2.81 | $7.65 | $253.75 | 2% |
| | | | | | | | | | | | |
| 3/8/2014 | $12.45 | 48.2 | 25 | $51.05 | $51.05 | $102.09 | $4.84 | $2.42 | $7.26 | $109.35 | 2% |
| 3/15/2014 | $12.45 | 48.2 | 25 | $51.05 | $51.05 | $102.09 | $4.84 | $2.42 | $7.26 | $109.35 | 2% |
| 3/22/2014 | $12.45 | 48.2 | 25 | $51.05 | $51.05 | $102.09 | $4.84 | $2.42 | $7.26 | $109.35 | 2% |
| 3/29/2014 | $12.45 | 48.2 | 25 | $51.05 | $51.05 | $102.09 | $4.84 | $2.42 | $7.26 | $109.35 | 2% |
| 4/5/2014 | $12.45 | 48.2 | 24 | $51.05 | $51.05 | $102.09 | $4.84 | $2.32 | $7.16 | $109.25 | 2% |
| 4/12/2014 | $12.45 | 61.4 | 24 | $133.22 | $133.22 | $266.43 | $4.84 | $2.32 | $7.16 | $273.59 | 2% |
| 4/19/2014 | $12.45 | 61.4 | 24 | $133.22 | $133.22 | $266.43 | $4.84 | $2.32 | $7.16 | $273.59 | 2% |
| 4/26/2014 | $12.45 | 61.4 | 24 | $133.22 | $133.22 | $266.43 | $4.84 | $2.32 | $7.16 | $273.59 | 2% |
| 5/3/2014 | $12.45 | 61.4 | 23 | $133.22 | $133.22 | $266.43 | $4.84 | $2.23 | $7.07 | $273.50 | 2% |
| 5/10/2014 | $12.45 | 61.4 | 23 | $133.22 | $133.22 | $266.43 | $4.84 | $2.23 | $7.07 | $273.50 | 2% |
| 5/17/2014 | $12.45 | 61.4 | 23 | $133.22 | $133.22 | $266.43 | $4.84 | $2.23 | $7.07 | $273.50 | 2% |
| 5/24/2014 | $12.45 | 61.4 | 23 | $133.22 | $133.22 | $266.43 | $4.84 | $2.23 | $7.07 | $273.50 | 2% |
| 5/31/2014 | $12.45 | 61.4 | 23 | $133.22 | $133.22 | $266.43 | $4.84 | $2.23 | $7.07 | $273.50 | 2% |
| 6/7/2014 | $12.45 | 61.4 | 22 | $133.22 | $133.22 | $266.43 | $4.84 | $2.13 | $6.97 | $273.40 | 2% |
| 6/14/2014 | $12.45 | 61.4 | 22 | $133.22 | $133.22 | $266.43 | $4.84 | $2.13 | $6.97 | $273.40 | 2% |
| 6/21/2014 | $12.45 | 61.4 | 22 | $133.22 | $133.22 | $266.43 | $4.84 | $2.13 | $6.97 | $273.40 | 2% |
| 6/28/2014 | $12.45 | 71 | 22 | $192.98 | $192.98 | $385.95 | $4.84 | $2.13 | $6.97 | $392.92 | 2% |
| 7/5/2014 | $12.45 | 71 | 21 | $192.98 | $192.98 | $385.95 | $4.84 | $2.03 | $6.87 | $392.82 | 2% |
| | | | | $13,884.39 | $13,884.39 | $27,768.78 | $600.16 | $506.94 | $1,107.10 | $28,875.88 | |
| | | | | | | | | IDOL Recovery | | $ 1,200.70 | |
| | | | | | | | | Total | | $27,675.18 | |